**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CAUSE NO. 2:08-CR-153 |
| ) | |
| ALICE CHYWANNA JOHNSON, ) | |
| ) | |
| Defendant. ) | |

## ORDER

This matter is before the Court on the Findings and Recommendation of the Magistrate Judge Upon a Plea of Guilty by Defendant Alice Chywanna Johnson (DE #41) filed on December 8, 2008. No objections have been filed to Magistrate Judge Cherry's findings and recommendations upon a plea of guilty. Accordingly, the Court now **ADOPTS** those findings and recommendations, **ACCEPTS** the guilty plea of Defendant Alice Chywanna Johnson, and **FINDS** the Defendant guilty of Count 1 of the Indictment, in violation of Title 21 U.S.C. §846.

This matter is set for sentencing on February 27, 2009, at 11:00 a.m.

**DATED: December 31, 2008**        /s/RUDY LOZANO, Judge
                                    **United States District Court**